```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                    MIDDLE DISTRICT OF PENNSYLVANIA
```

DANIEL ANGEL RODRIGUEZ,           :
                                  :
     Petitioner                  :     No. 1:15-CV-00158
                                  :
  vs.                             :     (Judge Kane)
                                  :
WARDEN DAVID J. EBBERT,            :
                                  :
     Respondent                  :

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Rodriguez's petition for writ of habeas corpus (Doc. 1) is dismissed.

2. The Clerk of Court is directed to close this case.

                               S/ Yvette Kane
                               Yvette Kane
                               United States District Judge

Date: April 9, 2015